AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL J. SNELLING, JR.,

    Plaintiff,

                                JUDGMENT IN A CIVIL CASE

        V.

                                CASE NUMBER: CV 620-86

SOT. DILLHUNT,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of February 16, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's Complaint is DISMISSED without prejudice under 28 U.S.C. § 1915(g), Plaintiff is DENIED in forma status on appeal, and this civil action stands CLOSE.

02/12/2021
Date

John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020